IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| KYLE LEIGH McBARRON HALL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 1:16-cv-01404 |
| | : | |
| AMERICAN MECHANICAL SERVICES | : | |
| OF MARYLAND, LLC, ET. AL | : | |
| | : | |
| Defendants | : | |

## **JOINT MOTION TO APPROVE SETTLEMENT**

COME NOW, Plaintiff, Kyle Leigh McBarron Hall, by her attorneys Glenn Silver and the law firm of Silver & Brown and the Defendants, American Mechanical Services of Maryland, LLC and David Schellhardt, by their attorneys James S. Liskow, and the law firm of DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and ask this Honorable Court to approve the Settlement Agreement which was hand delivered to chambers on June 9, 2017 and to seal the document and dismiss this matter as final.

        Respectfully submitted,

        AMERICAN MECHANICAL SERVICES OF
        MARYLAND, LLC and DAVID SCHELLHARDT
        By counsel:

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

/s/ James S. Liskow
James S. Liskow
VSB No. 75883
3930 Walnut Street, Suite 250
Fairfax, VA 22030
Tel:   (703) 255-6667
Fax:   (703) 299-8548
jliskow@decarodoran.com

                KYLE LEIGH McBARRON HALL

                By counsel:

SILVER & BROWN

/s/ Glenn H. Silver
Glenn H. Silver
VSB No. 15772
10621 Jones Street
Suite 101
Fairfax, VA  22030
Tel:     (703) 591-6666
Fax:     (703) 591-5618
erik@virginia-lawyers.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the  9th  day of   June   , 2017, the foregoing was e-filed to:

    Erik B. Lawson, Esquire
    Glenn H. Silver, Esquire
    SILVER & BROWN
    10621 Jones Street
    Suite 101
    Fairfax, VA  22030

                /s/ James S. Liskow
                James S. Liskow