IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| KYLE LEIGH McBARRON HALL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 1:16-cv-01404 |
| | : | |
| AMERICAN MECHANICAL SERVICES | : | |
| OF MARYLAND, LLC, ET. AL | : | |
| | : | |
| Defendants | : | |

## WAIVER OF HEARING NOTICE

Come now, Plaintiff, Kyle Leigh McBarron Hall, by her attorneys Glenn Silver and the law firm of Silver & Brown and the Defendants, American Mechanical Services of Maryland, LLC and David Schellhardt, by and through James S. Liskow, and the law firm of DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, and hereby waives any right to hearing on its Consent Motion to Seal.

                                              Respectfully submitted,

                                              AMERICAN MECHANICAL SERVICES OF
                                              MARYLAND, LLC and DAVID SCHELLHARDT

                                              By counsel:

DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP

/s/ James S. Liskow
James S. Liskow
VSB No. 75883
3930 Walnut Street, Suite 250
Fairfax, VA 22030
Tel:    (703) 255-6667
Fax:   (703) 299-8548
jliskow@decarodoran.com

                            KYLE LEIGH McBARRON HALL

                            By counsel:

SILVER & BROWN

/s/ Glenn H. Silver
Glenn H. Silver
VSB No. 15772
10621 Jones Street
Suite 101
Fairfax, VA  22030
Tel:    (703) 591-6666
Fax:    (703) 591-5618
erik@virginia-lawyers.net

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this the  9th  day of    June    , 2017, the foregoing was e-filed to:

    Erik B. Lawson, Esquire
    Glenn H. Silver, Esquire
    SILVER & BROWN
    10621 Jones Street
    Suite 101
    Fairfax, VA  22030

                            /s/ James S. Liskow
                            James S. Liskow

i:\common\wp\l3\jsl\2-client files\hall v. american mechanical services of md\pleadings\draft\waiver of hearing - joint motion approve settlement.docx