IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| KYLE LEIGH McBARRON HALL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 1:16-cv-01404 |
| | : | |
| AMERICAN MECHANICAL SERVICES OF MARYLAND, LLC, ET. AL | : | |
| | : | |
| Defendants | : | |

## AGREED ORDER

UPON PRESENTATION, of this Agreed Order and the representations of counsel that the parties have resolved their differences and upon review of the Settlement Agreement entered into by the parties, it is

ADJUDGED, ORDERED, AND DECREED, that the Settlement Agreement be and hereby is APPROVED; and it is further

ADJUDGED, ORDERED, AND DECREED, that the Settlement Agreement is hereby sealed, and it is further.

ADJUDGED, ORDERED, AND DECREED, that this matter is dismissed with prejudice as final.

_____
JUDGE THERESA CARROLL BUCHANAN

Entered this ___ day of _____, 2017.

1

I ASK FOR THIS:


/s/ James S. Liskow
James S. Liskow
VSB No. 75883
DeCARO, DORAN, SICILIANO,
GALLAGHER & DeBLASIS, LLP
3930 Walnut Street, Suite 250
Fairfax, VA 22030
Tel:   (703) 255-6667
Fax:   (703) 299-8548
jliskow@decarodoran.com


I ASK FOR THIS:


/s/ Glenn H. Silver
Glenn H. Silver
VSB No. 15772
SILVER & BROWN
10621 Jones Street
Suite 101
Fairfax, VA  22030
Tel:   (703) 591-6666
Fax:   (703) 591-5618
erik@virginia-lawyers.net


i:\common\wp\l3\jsl\2-client files\hall v. american mechanical services of md\pleadings\draft\agreed order.docx