IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KYLE LEIGH McBARRON HALL | : |
| Plaintiff | : |
| v. | : Civil Action No. 1:16-cv-01404 |
| AMERICAN MECHANICAL SERVICES OF MARYLAND, LLC, ET. AL | : |
| Defendants | : |

**AGREED ORDER**

UPON PRESENTATION, of this Agreed Order and the representations of counsel that the parties have resolved their differences and upon review of the Settlement Agreement entered into by the parties, it is

ADJUDGED, ORDERED, AND DECREED, that the Settlement Agreement be and hereby is APPROVED; and it is further

ADJUDGED, ORDERED, AND DECREED, that the Settlement Agreement is hereby sealed, and it is further.

ADJUDGED, ORDERED, AND DECREED, that this matter is dismissed with prejudice as final.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

JUDGE THERESA CARROLL BUCHANAN

Entered this 12th day of June, 2017.